AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocation
           Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FILED ✓     RECEIVED
ENTERED     SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 2 2 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs. | JUDGMENT IN A CRIMINAL CASE<br>(For Revocation of Probation or Supervised Release) |
| DOMINIQUE LESSMAN, | CASE NUMBER:    3:06-CR-026-BES (RAM) |
| | USM NUMBER:    41026-048 |
| THE DEFENDANT: | Michael Kennedy<br>DEFENDANT'S ATTORNEY |

(XX)    admitted guilt to violation of condition(s) __One in the Addendum Petition (#56) filed January 14, 2008__
        of the term of supervision.
( )     was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 #41 | Defendant shall not commit another federal, state, or local crime | 10/04/07 |
| 2 | Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician | 10/04/07 |
| 3 | Community Service | 10/03/07 |
| 5 | Substance Abuse Treatment | 09/24/07 |
| 1 (Addendum) #56 | Shall participate in substance abuse treatment | 01/03/08 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( )     The defendant has not violated condition(s) _____ and is discharged as to such violation(s) conditions.
(XX)    Violation(s) _1, 2, 3, and 5 in the Original Petition (#41) filed October 5, 2007_ (is)(are) dismissed on the motion of the United States. SO GRANTED.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in economic circumstances.

January 22, 2008
Date of Imposition of Judgment

_/s/ [signature]_
Signature of Judge

BRIAN E. SANDOVAL, U.S. DISTRICT JUDGE
Name and Title of Judge

_January 22, 2008_
Date

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

DEFENDANT: DOMINIQUE LESSMAN  
CASE NUMBER: 3:06-CR-026-BES (RAM)

Judgment - Page 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  SIX (6) MONTHS, WITH CREDIT FOR TIME SERVED

(XX) The court makes the following recommendations to the Bureau of Prisons:
- Dublin, CA.

( ) The defendant is remanded to the custody of the United States Marshal.

( ) The defendant shall surrender to the United States Marshal for this district:

    ( ) at _____ a.m./p.m. on _____

    ( ) as notified by the United States Marshal.

(XX) The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    (XX) before Noon on  Monday, March 3, 2008

    ( ) as notified by the United States Marshal.

    ( ) as notified by the Probation of Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

BY: _____  
Deputy U.S. Marshal

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
    Sheet 5 - Criminal Monetary Penalties

DEFENDANT: DOMINIQUE LESSMAN  
CASE NUMBER: 3:06-CR-026-BES (RAM)

Judgment - Page 3

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $80.00 (Balance) Due and payable immediately. | $n/a | $n/a |

( )  On motion by the Government, IT IS ORDERED that the special assessment imposed by the Court is remitted.

( )  The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

( )  The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss | Restitution Ordered | Priority of Percentage |
|---|---|---|---|
| Clerk, U.S. District Court Attn: Financial Officer Case No. 333 Las Vegas Boulevard, South Las Vegas, NV 89101 | | | |
| TOTALS : | $_____ | $_____ | |

Restitution amount ordered pursuant to plea agreement: $ _____

The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

The court determined that the defendant does not have the ability to pay interest and it is ordered that:

the interest requirement is waived for the: ( ) fine ( ) restitution.  
the interest requirement for the: ( ) fine ( ) restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245D  (Rev 12/03) Judgment in a Criminal Case for Revocations
    Sheet 6 - Schedule of Payments

DEFENDANT: DOMINIQUE LESSMAN                           Judgment - Page  4
CASE NUMBER: 3:06-CR-026-BES (RAM)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A     (XX)     Lump sum payment of $ 80.00  due immediately, balance due
             ( )     not later than _____ ; or
             ( )     in accordance with ( ) C, ( ) D, or ( ) E below; or

B     ( )     Payment to begin immediately (may be combined with ( ) C, ( ) D, or ( ) E below; or

C     ( )     Payment in _____ (e.g., weekly, monthly, quarterly) installments of $ _____
                     _____ over a period of _____ (e.g. months or years), to _____ (e.g., 30 or
                     60 days) after the date of this judgment; or

D     ( )     Payment in _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____
                     _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after release from imprisonment to a
                     term is supervision; or

E     Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release
        from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that
        time; or

F     ( )     Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.


( )     Joint and Several

        Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several
        Amount, and corresponding payee, if appropriate.


( )     The defendant shall pay the cost of prosecution.

( )     The defendant shall pay the following court cost(s):

( )     The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.